# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| JENNIFER HOOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12 - CV- 612 |
| | ) | |
| WINDHAM PROFESSIONALS, INC., a | ) | |
| Massachusetts corporation, and JAMES | ) | |
| THOMPSON, an individual of unknown | ) | |
| Residence, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes Plaintiff Jennifer Hooper, by and through counsel, and pursuant to Rule
41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice of her dismissal,
with prejudice, of this action.

Respectfully submitted,

/s/ Mark N. Foster
Mark N. Foster, BPR # 023626
P.O. Box 192
Rockwood, TN 37854
(865) 354-3333
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document was
served by operation of the Court's electronic document filing system on this 9th day of January,
2013. A copy was also mailed, first class, postage pre-paid, addressed as follows:

Ms. Cheryl Gajewski
Windham Professionals, Inc.
380 Main Street
Salem, NH 03079

/s/ Mark N. Foster
Mark N. Foster